UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL LEE COOK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 4:23-cv-00004 SRC |
| | ) |
| MARCY STROUD, | ) |
| | ) |
| Respondent. | ) |

## Order of Transfer

For the reasons stated in the Memorandum and Order entered this same date, the Court orders the transfer of this case to the United States District Court for the Southern District of Iowa, Davenport Division.

Dated this 9th day of January, 2023.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE